In the Matter of the Claim of IRVING E. HAAB et al., Respondents, against LIONEL R. BAUMAN et al., Doing Business under the Name of BAUMAN BROS., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 27, 1952; decided June 6, 1952.

*Maurice Hellman* for Lionel R. Bauman and others, appellants.

*Bernard F. Farley* for Continental Casualty Company, appellant.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.